NUMBER 13-00-559-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


___________________________________________________________________


CHRISTINE ROMANO ROBBINS
, Appellant,


v.



ROBERT ROBBINS
, Appellee.

___________________________________________________________________


On appeal from the 36th District Court 


of San Patricio County, Texas


___________________________________________________________________


O P I N I O N



Before Justices Hinojosa, Yañez, and Chavez


Opinion Per Curiam



 Appellant, CHRISTINE ROMANO ROBBINS, attempted to perfect
an appeal from an order entered by the 36th District Court of San
Patricio County, Texas, in cause number S-97-5250FL-A. The order in
this cause was signed on August 31, 1998. No timely motion for new
trial was filed. Pursuant to Tex. R. App. P. 26.1, appellant's notice of
appeal was due on September 30, 1998, but was not filed until on or
about November 20, 1999. 

 Notice of this defect was given so that steps could be taken to
correct the defect, if it could be done. Appellant was advised that, if the
defect was not corrected within ten days from the date of receipt of this
Court's letter, the appeal would be dismissed. On September 18, 2000,
appellant filed an untimely motion for extension of time to file notice of
appeal. A second motion for extension of time to file notice of appeal
was untimely filed on September 25, 2000.

 The Court, having examined and fully considered the documents
on file and appellant's failure to timely perfect her appeal, is of the
opinion that the appeal should be dismissed for want of jurisdiction. 
Appellant's untimely motions for extension of time to file notice of
appeal are DENIED. The appeal is hereby DISMISSED FOR WANT OF
JURISDICTION.

 PER CURIAM


Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 12th day of October, 2000.